BLANK ROME, LLP
Attorneys for Plaintiff
D'AMATO FRATELLI SPA
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

D'AMATO FRATELLI SPA,

        Plaintiff,

  -against-

KREMIKOVTZI TRADE E.O.O.D, KREMIKOVTZI TRADE LTD., KREMIKOVTZI TREYD, KREMIKOVTZI A.D., KREMIKOVTZI CORP., FINMETALS HOLDING A.D., FINMETALS HOLDING EAD, DARU METALS LTD., GLOBAL STEEL HOLDINGS LTD., GSHL BULGARIA S.A, GLOBAL STEEL PHILIPPINES, INC., GLOBAL STEEL PHILIPPINES SPV-AMC, INC., UNICORN STEEL FZE, GLOBAL MARITIME NAVIGATION LTD, GLOBAL MERITAYM NEVIGEYSHAN, NOVAIDEYA-2004, STEEL SHIPPING AND FORWARDING PLC a/ka STIL SHIPING END FORUARDING a/ka SSF,

        Defendants.

---

08 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff D'AMATO FRATELLI SPA certifies that, according to information provided to counsel by its clients, D'AMATO FRATELLI SPA is not a publicly held corporation or

subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
          May 14, 2008

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiff
                                    D'AMATO FRATELLI SPA

                                    By _____
                                       Jack A. Greenbaum (JG 0039)
                                    The Chrysler Building
                                    405 Lexington Ave.
                                    New York, NY 10174-0208
                                    (212) 885-5000