UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D'MATO FRATELLI, SPA <br>                   Plaintiff, <br><br> -V- <br><br> KREMIKOVTZI TRADE E.O.O.D., et. Al. <br>                   Defendants. | **CERTIFICATE OF MAILING** <br><br><br> 08 CV 4519 (VM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**16th day of June, 2008**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**15th day of May, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**7989 6113 4852**

*J. Michael McMahon*
CLERK

Dated: New York, NY

PS|Ship - FedEx Label

Page 1 of 3

From: Origin ID: JHCA  (212) 885-5000
KARL REDA
Blank Rome LLP
The Chrysler Building
405 Lexington Ave
New York, NY 10174
UNITED STATES

Ship Date: 16JUN08
ActWgt: 0.5 LB
System#: 9212743/WBUS0200
Account#: S *********

FedEx Express  E  CLS1287072124

REF: 601411.00002
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: .00 USD
CUSTOMS VALUE: 1.00 USD
T/C: S 01913574      D/T: S
SIGN: KARL REDA
EIN/VAT:

SHIP TO: 2128855244    BILL SENDER
Global Steel Philippines
(SPV-AMC) Inc.
Unit 2703, 88 Corporate Center
141 Sedeno corner Valero Sts. CITY
SalcedoVillageMakati, 1227
PH

TRK# 7989 6113 4852    AM
0430

N4 MLPA    INTL PRIORITY

1227
-PH
MNL

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract