UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

D'AMATO FRATELLI SPA,

              Plaintiff,

        -against-

KREMIKOVTZI TRADE E.O.O.D.,
KREMIKOVTZI TRADE LTD.,
KREMIKOVTZI TREYD, KREMIKOVTZI
A.D. , KREMIKOVTZI CORP., FINMETALS
HOLDING A.D., FINMETALS HOLDING
EAD, DARU METALS LTD., GLOBAL
STEEL HOLDINGS LTD., GSHL BULGARIA
S.A., GLOBAL STEEL PHILIPPINES, INC.,
GLOBAL STEEL PHILIPPINES, SPV-AMC,
INC., UNICORN STEEL FZE, GLOBAL
MARITIME NAVIGATION LTD., GLOBAL
MERITAYM NEVIGEYSHAN, NOVAIDEYA-
2004, STEEL SHIPPING AND
FORWARDING PLC a/k/a STIL SHIPPING
END FORUARDING a/k/a SSF,

              Defendants.
-------------------------------------------------------x

**ECF CASE**

**08 Civ. 4519 (VM)**

**RULE 7.1 STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to
enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or
recusal, the undersigned counsel for **Global Maritime Navigation Ltd.**, (a private non-
governmental party) certifies that the following are corporate parents, affiliates and/or
subsidiaries of said party which are publicly held.
       NONE.

Dated: August 14, 2008
      New York, NY

                       Patrick C. Crilley (PC 9057)
                       Of Counsel to
                       **Richard A. Zimmerman (RZ 0963)**
                       233 Broadway – Suite 2202
                       New York, NY 10279
                       (212) 619-1919