UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
D'AMATO FRATELLI SPA,

               Plaintiff,

        -against-

KREMIKOVTZI TRADE E.O.O.D.,
KREMIKOVTZI TRADE LTD.,
KREMIKOVTZI TREYD, KREMIKOVTZI
A.D. , KREMIKOVTZI CORP., FINMETALS
HOLDING A.D., FINMETALS HOLDING
EAD, DARU METALS LTD., GLOBAL
STEEL HOLDINGS LTD., GSHL BULGARIA
S.A., GLOBAL STEEL PHILIPPINES, INC.,
GLOBAL STEEL PHILIPPINES, SPV-AMC,
INC., UNICORN STEEL FZE, GLOBAL
MARITIME NAVIGATION LTD., GLOBAL
MERITAYM NEVIGEYSHAN, NOVAIDEYA-
2004, STEEL SHIPPING AND
FORWARDING PLC a/k/a STIL SHIPPING
END FORUARDING a/k/a SSF,

               Defendants.
----------------------------------------------------------x

ECF CASE

08 Civ. 4519 (VM)

NOTICE OF
APPEARANCE

To the Clerk of this court and all parties of record:

    Enter our limited appearance in accordance with Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure as counsel in this case only for the above captioned defendant, **Global Maritime Navigation Ltd**.

    I certify that I am admitted to practice in this Court.

Dated: August 14, 2008
       New York, NY

                                          Respectfully submitted,

                                          Patrick C. Crilley (PC 9057)

Of Counsel to
**Richard A. Zimmerman (RZ 0963)**
Attorney for Defendant
**Global Maritime Navigation Ltd**
233 Broadway – Suite 2202
New York, NY 10279
(212) 619-1919